UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMMY CULOTTA                                               CIVIL ACTION

VERSUS                                                      NUMBER: 06-3995

ALLSTATE INSURANCE COMPANY                                  SECTION: "T"(5)

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice pursuant to Rules 37(b)(2)(C) and (d) and 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 12th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE
G. THOMAS PORTEOUS JR.